# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC. et al., | Case No.: 2:19-cv-2525 CBM (JPRx) |
| *Plaintiffs*, | **ORDER DISMISSING CASE WITH PREJUDICE [JS-6]** |
| v. | |
| MICHELE MARIE PUBLIC RELATIONS, LLC et al., | |
| *Defendants*. | |

Having considered the parties' stipulation, and good cause appearing, the Court approves the stipulated request and ORDERS as follows:

The cause is dismissed in its entirety as to all parties, with prejudice. The Court retains jurisdiction for the purpose of enforcing the confidential settlement agreement between plaintiff and defendant Michele Marie Public Relations, LLC.

The parties bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: Dec. 16, 2019

Consuelo B. Marshall
United States District Judge